

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

_____

August 16, 2023

*Via ECF*
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:  USA vs. Smith (Ebony Simon)
     23-CR-080 (LTS)

Dear Judge Swain:

    I was appointed pursuant to the Criminal Justice Act, to represent Ebony Simon in the above matter. Sentencing is currently scheduled for September 8th at 11:30 am before Your Honor. Unfortunately, I inadvertently scheduled Ms. Simon's matter at a time that conflicts with another matter I had previously scheduled. Therefore, we are respectfully requesting that Ms. Simon's sentencing be moved to 2 pm or later on the same date (September 8th), anytime on September 11-12, September 18, 2023, in the afternoon, or any other date that is convenient for Your Honor. AUSA Rebecca Dell has no objection to this request.

    Your Honor's time and consideration to this request is greatly appreciated.

Respectfully submitted,
s/ Lorraine Gauli-Rufo,
Lorraine Gauli-Rufo,
*Attorney for Ebony Simon*

cc:  Rebecca Dell, AUSA
     Kedar Bhatia, AUSA
     Derek Wikstrom, AUSA

The foregoing adjournment request is granted. The sentencing is hereby adjourned to September 21, 2023 at 10:30 am. DE 150 is resolved. SO ORDERED. 8/18/2023
/s/ Laura Taylor Swain, Chief USDJ